# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: June 29, 2023

Ms. Kinikia D. Essix
Eastern District of Michigan at Detroit
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

Re: Case No. 22-1245, *Marshall Lloyd, et al v. Ford Motor Company*
Originating Case No. : 2:19-md-02901 : 2:19-cv-11319 : 2:19-cv-11639 : 2:19-cv-11728 : 2:19-cv-11993 : 2:19-cv-12015 : 2:19-cv-12035 : 2:19-cv-12080 : 2:19-cv-12135 : 2:19-cv-12310 : 2:19-cv-12309 : 2:19-cv-12377 : 2:19-cv-12375 : 2:19-cv-12373 : 2:19-cv-12427 : 2:19-cv-12437 : 2:19-cv-12438 : 2:19-cv-12436 : 2:19-cv-12554 : 2:19-cv-12895 : 2:19-cv-13197 : 2:20-cv-12272

Dear Ms. Essix,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Paris LaRon Robinson
for Roy Ford, Case Manager

cc: Ms. Sharon Sue Almonrode
    Mr. Kyle Michael Asher
    Mr. Steve W. Berman
    Mr. Joel A. Dewey
    Ms. Stephanie Douglas
    Ms. Emily Hughes
    Mr. Adam J. Levitt
    Mr. Dennis A. Lienhardt Jr.
    Mr. E. Powell Miller
    Mr. John Tangren

Ms. Jill Margaret Wheaton

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 22-1245

_____

Filed: June 29, 2023

In re: FORD MOTOR COMPANY F-150 AND RANGER TRUCK FUEL ECONOMY MARKETING AND SALES PRACTICES LITIGATION

-----------------------------

MARSHALL B. LLOYD; TRACEY TRAVIS; DUSTIN DAWSON and RICK SHAWLEY, on behalf of themselves and all others similarly situated; MICHAEL SMITH; EVAN ALLEN, AL BALLS, BRIAN LEJA, STEPHEN MATTSON, JOHN SAUTTER, RANDY TRANSUE, and RICK SHURTLIFF; RONALD J. DISMUKES, JEFFERY FOSHEE, and ACCURATE CONSTRUCTION CORPORATION; STEVE BEAVERS; DAVID BREWER, RYAN COMBS, VICTOR PEREZ, HAROLD BROWER, KYLE MANNION, NICHOLAS LEONARDI, DEAN KRINER, JAMES WILLIAMS, MATTHEW COMBS, DUSTIN WALDEN, STEVEN HULL, KENNETH BERNARD, MARK HILL, CODY SMITH, DANIEL GARDNER, ROBERT GOOLSBY, JOHN JUNG, MATTHEW SMITH, and JOSH BRUMBAUGH; RYAN HUBERT, individually and on behalf of all others similarly situated; WILLIAM DON COOK, individually and on behalf of all others similarly situated; HILARY GOODFRIEND, KATHRYN HUMMEL, and SCOTT FORMAN, individually and on behalf of others similarly situated; DILLON DRAKE; RAMIN SARTIP, DARREN HONEYCUTT, and AHMED ABDI, on behalf of themselves and all others similarly situated; JAMAR HAYNES, SCOTT WHITEHILL, MATTHEW BROWNLEE, BENJAMIN BISCHOFF, STEPHEN LESZCZYNSKI, CASSANDRA MORRISON, ROBERT RANEY, and DAVID POLLEY; MARK NAPIER, individually and on behalf of all others similarly situated; KEITH FENCL, individually and on behalf of all others similarly situated; MARK ARENDT, on behalf of himself and all others similarly situated; HARVEY ANDERSON; ROSALYNDA GARZA and JEFFREY QUIZHPI, individually and on behalf of others similarly situated; JEFFREY KALOUSTIAN, individually and on behalf of others similarly situated; RONALD CEREMELLO, RANDALL MAINGOT, GEORGE ANDREW RAYNE, ROBERT LOVELL, and SAMUEL HUFFMAN;

        Plaintiffs - Appellants

v.

FORD MOTOR COMPANY

        Defendant - Appellee

## MANDATE

Pursuant to the court's disposition that was filed 04/21/2023 the mandate for this case hereby issues today.

COSTS: None